IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


FRANK BRETT,

      Plaintiff,

v.                                 CASE NO. 1:26cv112-RH-MJF

BILL CLINTON et al.,

      Defendants.

_____/


## ORDER OF DISMISSAL


This case is before the court on the magistrate judge's report and recommendation, ECF No. 6. No objections have been filed. More than 14 days have run even since the most recent mailing of the report and recommendation. *See* ECF No. 8. So even if the 14-day period for objections was deemed to run only from that mailing, the deadline would have passed. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "This case is dismissed without

prejudice under 28 U.S.C. § 1915(e)(2)(B)(i)." The clerk must close the file.

SO ORDERED on June 25, 2026.

s/Robert L. Hinkle
United States District Judge